Gabrielli, J.
(dissenting). I dissent and vote to affirm on the well-reasoned opinion by Mr. Justice Simons, speaking for an unanimous court at the Appellate Division, with the following additional comments. By the decision of the majority in this case there is now nothing to deter petitioner from leasing any or all of its valuable realty (appraised for tax purposes at $1,766,969) to highly profitable commercial enterprises and thereby insulate them from the rightful obligation to pay real property taxes to the great detriment of local school district, town, and county taxpayers who must shoulder the burden of supplying these "preferred” lessees with expensive community services such as road maintenance, and police and fire protection, free of charge. In this fashion the thousands of other taxpayers in the school districts and communities must bear this unconscionable burden because of the preferential treatment given to this highly profitable raceway without discharging its obligation for community services in the same fashion as every other business. The legislation interpreted herein certainly was not designed to have such an untoward effect with the resultant unfortunate burden on the other already financially oppressed citizens of the area.
Chief Judge Breitel and Judges Jasen, Jones and Fuchs-berg concur with Judge Cooke; Judge Gabrielli dissents and votes to affirm in a separate opinion in which Judge Wachtler concurs.
On the court’s own motion, this court’s order of September 19, 1975 denying appellant’s motion for leave to appeal vacated and, upon further consideration, motion for leave to appeal granted.
Order reversed, with costs, and summary judgment granted to petitioner.